**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 06-1514**

———————————

NANETTE G. LOVE,

                                                    Plaintiff - Appellant,

       versus

JOHN POTTER, Postmaster General, USPS; PHILIP
O. BURNS, MDO; ROSE GRAY, Postmaster,

                                           Defendants - Appellees.

———————————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Frank W. Bullock, Jr., Senior District Judge. (1:03-cv-00746-FWB)

———————————

Submitted: October 6, 2006      Decided: October 30, 2006

———————————

Before WILLIAMS, MICHAEL, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Nanette G. Love, Appellant Pro Se. Lynne P. Klauer, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nanette G. Love appeals the district court's order dismissing her civil action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Love v. Potter, No. 1:03-cv-00746-FWB (M.D.N.C. Mar. 1, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -